DAVID N. BARRY, ESQ. (SBN 219230)
THE BARRY LAW FIRM
11845 W. Olympic Blvd., Suite 1270W
Los Angeles, CA 90064
Telephone: 310.684.5859
Facsimile: 310.862.4539

Attorney for Plaintiff, ELSA MANZANO

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ELSA MANZANO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>FCA US LLC, A Delaware Limited Liability Company,<br><br>Defendants. | Case No. 2:18-cv-03360-JFW-JPR<br><br>**JUDGMENT GRANTING PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND COSTS** |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to the Court's Order on July 10, 2019, after consideration of all the evidence presented, including moving papers, opposition papers, arguments of counsel and a decision having been duly rendered, **IT IS HEREBY ORDERED**:

The Court awards Plaintiff the following fees and costs as follows:

Fees:        $80,807.50

Costs:       $2,824.36

**Total Fees and Costs: $83,631.86**

DATED: July 19, 2019

_____
THE HONORABLE JOHN F. WALTER

-1-
**JUDGMENT GRANTING PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND COSTS**